CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 17-7763 DIVISION "" SECTION 10

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

**GREGORY LAZARD And TERRELL PAVAGEAU**

421 LOYOLA AVENUE, ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

**-versus-**

**AMY WELLS, THOMAS WELLS And**
**AUTO OWNERS INSURANCE COMPANY**

FILED: _____

_____
**DEPUTY CLERK**

FILED
AUG 10 2017
CLERK'S OFFICE
CIVIL DISTRICT COURT

Cashier                    mgagliano
Register          CDCCASH1
Case Number       2017-07763

Amount Received  $529.50
Change Due       $0.00

Check # 25982 $529.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Filing Fee | $444.50 | $444.50 | $0.00 |
| Fax Fees | $15.00 | $15.00 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $24.50 | $24.50 | $0.00 |
| Supreme Court Proc Fee | $10.00 | $10.00 | $0.00 |

**PETITION FOR DAMAGES**

The petition of Gregory Lazard and Terrell Pavageau, persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, with respect represents:

I.

That the following are made defendants herein:

A. **AMY WELLS**, a person of the full age of majority and a resident of the State of Georgia;

B. **THOMAS WELLS**, a person of the full age of majority and a resident of the State of Georgia; and

C. **AUTO OWNERS INSURANCE COMPANY**, a foreign insurer authorized to do and doing business in the Parish of Orleans, State of Louisiana.

II.

That the aforesaid defendants are justly and truly indebted unto your petitioner in the full and true sums that are reasonable in the premises, with legal interest on all amounts from date of judicial demand until paid, plus all costs of this proceeding, for this, to-wit:

III.

That on or about August 10, 2016, Gregory Lazard and Terrell Pavageau, were fare paying passengers on a Regional Transit Authority bus that was traveling on Elysian Fields Avenue in New Orleans, Louisiana. As the bus approached the intersection of Gentilly Boulevard, it was struck by a vehicle owned by Amy Wells and operated by Thomas Wells. Said collision caused plaintiffs' injuries and damages.



EXHIBIT
A

VERIFIED
Christine Phagh
8/16/17

## IV.

That the proximate cause of the aforesaid collision was due to the negligence of the defendant in the following particulars, or as may appear at the trial of the cause:

    a.    In failing to keep a proper lookout;

    b.    In failing to see what he could have and should have seen;

    c.    In failing to avoid the collision;

    d.    In operating the vehicle in a reckless manner;

    e.    In operating the vehicle in a careless manner;

    f.    In colliding with the Regional Transit Authority bus while being inattentive and distracted; and

    f.    All in violation of the laws of Louisiana and the Parish of Orleans's ordinances, which are specially pleaded herein as if copied in extenso.

That no action or inaction on the part of the petitioners caused or contributed to the happening of the collision aforesaid.

## V.

That as a direct and proximate cause of the collision aforesaid, petitioners, Gregory Lazard and Terrell Pavageau, have sustained injury to their minds and bodies consisting of, but not limited to, injuries to their neck and back, and they itemize the categories of damages as follows:

    A.    Past, present and future pain, suffering and mental anguish;

    B.    Medical expenses; and

    C.    Lost wages.

## VI.

That the damages sought are those that are reasonable in the premises and within the jurisdiction of this Court.

## VII.

That at all times mentioned herein, there was a policy of liability insurance in force, issued by Auto Owners Insurance Company, insuring defendants for liability of the type described herein.

## VIII.

That at all times mentioned herein, Thomas Wells was a permissive user of the vehicle owned by Amy Wells.

## IX.

That petitioners aver amicable demand to no avail.

**WHEREFORE**, petitioners pray that the defendants be duly cited to appear and answer this petition and that they be served with copies of same; that, after due proceedings there be judgment herein in favor of petitioners and against the defendants for the full and true sums that are reasonable in the premises with legal interest on all amounts from date of judicial demand until paid, plus all costs of this proceeding; and for all general and equitable relief.

Respectfully submitted,

**VALTEAU, HARRIS, KOENIG & MAYER**

_____
J. NELSON MAYER, III, ESQ. (No. 7812)
J. NELSON MAYER, IV, ESQ. (No. 34671)
1010 Common Street
Suite 2700
New Orleans, LA 70112
(504) 524-2291

## PLEASE SERVE DEFENDANT:

1) **AMY WELLS**
   (Through Use of the Louisiana Long Arm Statute)
   1220 Willow Road
   Athens, GA   30602

2) **THOMAS WELLS**
   (Through Use of the Louisiana Long Arm Statute)
   1220 Willow Road
   Athens, GA   30602

3) **AUTO OWNERS INSURANCE COMPANY**
   (Through its Agent for Service)
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA   70809