UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREGORY LAZARD and TERRELL PAVAGEAU | * | C.A. NO. 17-9382 |
| | * | |
| VERSUS | * | SECTION: "F" |
| | * | |
| AMY WELLS, THOMAS WELLS and AUTO OWNERS INSURANCE COMPANY | * | MAG. (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ANSWER

NOW INTO COURT, through undersigned counsel, come Amy Wells, Thomas Wells, and Auto Owners Insurance Company, made defendants herein and, for Answer to the Complaint of Gregory Lazard and Terrell Pavageau, respond and aver as follows:

### FIRST DEFENSE

The Complaint fails to state a claim or cause of action upon which relief might be granted.

### SECOND DEFENSE

The injuries, if any, of which Plaintiffs complain are the product of the fault, neglect, and lack of due care on the part of parties unknown and for which Defendants cannot be held liable.

AND NOW, turning to the specific allegations of the Complaint, Defendants respond as follows:

I.

The allegations contained in Article I of the Complaint are admitted insofar as they identify parties which have been made defendants in the instant lawsuit. Except as admitted, the allegations contained in Article I are denied.

II.

The allegations contained in Article II of the Complaint are denied.

III.

The allegations contained in Article III of the Complaint are denied as factually inaccurate. The allegations referring to causation are specifically denied.

IV.

The allegations contained in Article IV of the Complaint are denied.

V.

The allegations contained in Article V of the Complaint are denied.

VI.

The allegations contained in Article VI of the Complaint are denied.

VII.

The allegations contained in Article VII of the Complaint are admitted.

VIII.

The allegations contained in Article VIII of the Complaint are admitted.

IX.

The allegations contained in Article IX of the Complaint are admitted insofar as they represent that settlement discussions have been unavailing.

WHEREFORE, the premises considered, Defendants pray that this, their Answer, be deemed good and sufficient and that, after due proceedings had, there be Judgment in favor of Defendants and against Plaintiffs, denying and dismissing Plaintiffs' claims, and that Defendants recover all costs expended in defense of the instant lawsuit and for all other just and equitable relief which the Court may be moved to award.

Respectfully submitted,

/s/ Claire E. Pontier
COUHIG PARTNERS, LLC
**Claire E. Pontier (#32025)**
**Patrick E. O'Keefe (#10186)**
1100 Poydras Street, Suite 3250
New Orleans, LA 70163
Telephone: (504) 588-1288
Facsimile: (504) 588-9750
E-mail: cpontier@couhigpartners.com
E-mail: pokeefe@couhigpartners.com
*Attorneys for Amy Wells, Thomas Wells and Auto Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I filed electronically a true copy of the foregoing pleading. All parties received notice of this filing by operation of the Court's electronic filing system. Additionally, true and correct copies of the foregoing were served by U.S. mail to non-participants of the CM/ECF system.

/s/ Claire E. Pontier
Claire E. Pontier